NO. 07-03-0137-CR



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL A



DECEMBER 3, 2003



______________________________




EMILIO CORTEZ SANDOVAL, JR., APPELLANT



V.



THE STATE OF TEXAS, APPELLEE




_________________________________



FROM THE 287TH DISTRICT COURT OF BAILEY COUNTY;



NO. 2154; HONORABLE GORDON H. GREEN, JUDGE



_______________________________



Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

PERMANENT ABATEMENT


 Following a plea of not guilty, appellant Emilio Cortez Sandoval, Jr. was convicted
by a jury of delivery of a controlled substance, enhanced, and punishment was assessed 
at 15 years confinement and a $5,000 fine. Following submission of this appeal, the State
filed a Suggestion of Death indicating appellant died on November 16, 2003. 

 An appellant's death during the pendency of his appeal deprives an appellate court
of jurisdiction. See Freeman v. State, 11 S.W.3d 240 (Tex.Cr.App. 2000) citing Ryan v.
State, 891 S.W.2d 275 (Tex.Cr.App. 1994). Accordingly, this appeal is permanently
abated.

 Don H. Reavis

 Justice

 


Do not publish.



es/>
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 









NO. 07-10-00445-CV

 

IN THE COURT OF APPEALS

 

FOR THE
SEVENTH DISTRICT OF TEXAS

 

AT
AMARILLO

 

PANEL D

 



DECEMBER
2, 2010

 



 

IN RE RODDY D. PIPPIN, RELATOR



 



 

 

Before QUINN,
C.J., and CAMPBELL and PIRTLE, JJ.

 

 

MEMORANDUM OPINION

 

Relator Roddy Dean
Pippin, proceeding pro se, filed a
petition for writ of mandamus on October 25, 2010.  By letter of October 26, we informed relator of his failure to pay the requisite filing
fee.  In a letter of November 12, we
notified relator the filing fee remained unpaid and
explained the proceeding would be dismissed unless the filing fee was paid or
an affidavit of indigence filed by November 23. 
See Tex. R. App. P. 5, 20.1,
42.3(c).  Relator
did not pay the fee or file an affidavit of indigence as directed.  

Accordingly, we dismiss relators
petition.  See Tex. R. App. P. 5, 42.3(c).

 

Per Curiam